```
 1  Renée Welze Livingston (SBN 124280)
    Jason G. Gong (SBN 181298)
 2  LIVINGSTON LAW FIRM
    A Professional Corporation
 3  1600 South Main Street, Suite 280
    Walnut Creek, CA 94596
 4  Tel: (925) 952-9880
    Fax: (925) 952-9881
 5
    Attorneys for Defendant
 6  KAM SHU LIM, TRUSTEE OF
    THE HANG and KAM SHU LIM
 7  1992 FAMILY TRUST
 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>LA PALOMA RESTAURANT; HANG LIM and KIM SHU LIM, TRUSTEES OF THE HANG and KIM SHU LIM 1992 FAMILY TRUST,<br><br>　　　　　　　Defendants. | Case No. 3:11-CV-00806-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND DISMISSAL OF DEFENDANT HANG LIM**<br><br>Complaint Filed: February 22, 2011<br>Trial Date: None |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ ("plaintiffs"), each an individual, and Defendant KAM SHU LIM, erroneously sued as KIM SHU LIM in her capacity as TRUSTEE OF THE HANG and KIM SHU LIM 1992 FAMILY TRUST ("defendant"), by and through their respective counsel of record, hereby request and make the following stipulation:

　　1.　Whereas, plaintiffs filed the above-captioned action against the named defendants on February 22, 2011;

　　2.　Whereas, plaintiffs having not received a responsive pleading from defendants Hang Lim and Kim Shu Lim after attempting to notify defendant that a responsive pleading was due;

---

*Heatherly-Ramirez v. La Paloma Restaurant, et al.*, Case No. 3:11-CV-00806-MEJ
Stipulation and [Proposed] Order to Set Aside Clerk's Entry of Default and Dismissal of Defendant Hang Lim
1

1      3.     Whereas, plaintiffs filed a request for entry of default against defendants Hang Lim and Kim Shu Lim on July 13, 2011;

2      4.     Whereas, a Clerk of the Court entered default against defendants Hang Lim and Kim Shu Lim, Trustee of the Hang and Kim Shu Lim 1992 Family Trust on July 29, 2011;

3      5.     Whereas, counsel for defendant Kam Shu Lim advised plaintiffs' counsel on July 29, 2011 that defendant had only recently retained him in this matter;

4      6.     Whereas, counsel for defendant Kam Shu Lim advised plaintiffs' counsel on July 29, 2011 that he will file a responsive pleading to plaintiffs' complaint once the Court has set aside the default;

5      7.     Whereas, counsel for defendant Kam Shu Lim has advised plaintiffs' counsel that defendant Hang Lim is deceased and therefore not a proper party to this action;

**IT IS SO STIPULATED:**

1.     That the Court may set aside the Clerk's July 29, 2011 Entry of Default against defendants Hang Lim and Kim Shu Lim, Trustee of the Hang and Kim Shu Lim 1992 Family Trust;

2.     That pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), defendant Hang Lim is dismissed without prejudice from plaintiffs' action;

3.     That defendant Kam Shu Lim shall file a responsive pleading to plaintiffs' complaint on or before August 22, 2011;

4.     That the parties shall bear their own attorney fees and costs.

Respectfully submitted,

Dated:  August 14, 2011                THOMAS E. FRANKOVICH,
                                       *A PROFESSIONAL LAW CORPORATION*

                                       */s/ Thomas E. Frankovich*
                                  By:  _____
                                       Thomas E. Frankovich
                                       Attorneys for Plaintiffs DAREN
                                       HEATHERLY and IRMA RAMIREZ, each
                                       an individual

---

*Heatherly-Ramirez v. La Paloma Restaurant, et al.*, Case No. 3:11-CV-00806-MEJ
Stipulation and [Proposed] Order to Set Aside Clerk's Entry of Default and Dismissal of Defendant Hang Lim

2

1  Dated: August 14, 2011                                                    LIVINGSTON LAW FIRM

                                                                             */s/ Jason G. Gong*
                                                              By: _____
                                                                    Jason G. Gong
                                                                    Attorneys for Defendant
                                                                    KAM SHU LIM, TRUSTEE OF
                                                                    THE HANG and KAM SHU LIM
                                                                    1992 FAMILY TRUST

### ORDER

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 55(c), and for good cause shown, the Clerk's July 29, 2011 Entry of Default against Defendants HANG LIM and KIM SHU LIM, TRUSTEES OF THE HANG and KIM SHU LIM 1992 FAMILY TRUST is hereby set aside.

**IT IS HEREBY FURTHER ORDERED** that defendant KAM SHU LIM, an individual sued herein as KIM SHU LIM, shall file a responsive pleading to plaintiffs' complaint on or before August 22, 2011.

**IT IS HEREBY FURTHER ORDERED** that defendant HANG LIM is dismissed without prejudice from plaintiffs' action.

**IT IS HEREBY FURTHER ORDERED** that the parties shall bear their own attorney fees and costs in connection to the preparation and filing of this stipulation.

DATED: August __15__, 2011

_____
Honorable Maria-Elena James
UNITED STATES CHIEF MAGISTRATE JUDGE