1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorney For Plaintiffs,DAREN HEATHERLY
   and IRMA RAMIREZ, each an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual, | CASE NO. CV-11-0806-MEJ |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| LA PALOMA RESTAURANT; HANG LIM and KIM SHU LIM, TRUSTEES OF THE HANG and KIM SHU LIM 1992 FAMILY TRUST, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 30, 2012

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:  /s/ *Thomas E. Frankovich*
      Thomas E. Frankovich
Attorney for DAREN HEATHERLY and IRMA RAMIREZ, each an individual

Dated: April 30, 2012

Law Office of Jason G. Gong
*A Professional Corporation*

By:  /s/ *Jason G. Gong*
      Jason G. Gong
Attorney for Defendants HANG LIM and KIM SHU LIM, TRUSTEES OF THE HANG and KIM SHU LIM 1992 FAMILY TRUST

### **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated:  May 2     , 2012

_____
Honorable Magistrate Judge Maria-Elena James
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO.CV-11-0806-MEJ